72047. WEAVER v. ASSOCIATES FINANCIAL SERVICES CORPORATION.
(342 SE2d 788)

DEEN, Presiding Judge.

Appellant was ordered to file an enumeration of errors and brief no later than January 6, 1986, pursuant to Court of Appeals Rules 27 (a) and 14. As he failed to comply with this order, his appeal must be dismissed.

*Appeal dismissed. Benham and Beasley, JJ., concur.*

DECIDED FEBRUARY 19, 1986.

Ron Weaver, *pro se.*
*Charles M. Gisler*, for appellee.